THE CITY OF NEW YORK, Appellant, *v.* LUCIUS H. BEERS, as Trustee of the Estate of ROBERT STEWART, Respondent.

*City of New York* v. *Beers,* 163 App. Div. 495, affirmed.
(Argued June 15, 1917; decided July 11, 1917.)

APPEAL from a judgment, entered July 24, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint in an action to recover from the defendant, as trustee of the estate of Robert Stewart, a tax assessed under the direction of the board of taxes and assessments of the city of New York for the year 1911, upon personal property held for the estate by the defendant, assessed as a resident of the borough of Manhattan, in the city of New York. For a separate defense to the action the defendant alleged that on the 1st day of July, 1911, the defendant was, and ever since the 1st day of July, 1910, as well as long prior thereto, had been, continuously a resident of Westhampton Beach, town of Southampton, county of Suffolk, and state of New York, and was not, on any of said dates, or during any of said time, a resident of the borough of Manhattan, or of the city of New York.

*Lamar Hardy, Corporation Counsel* (*William H. King* of counsel), for appellant.

*Howard Mansfield* and *Henry de Forest Baldwin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.